# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GLAND ELLIOTT                                                                                      PLAINTIFF

v.                                            No. 3:17CV00049 JLH-JJV

OSCEOLA JUSTICE CENTER; *et al.*                                                      DEFENDANTS

## ORDER

Gland Elliott's motion to dismiss his claims against Hunter Ragan is GRANTED. Document #5. Elliott's claims against Ragan are dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE