# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GLAND ELLIOTT                                                                PLAINTIFF

v.                              No. 3:17CV00049-JLH

OSCEOLA JUSTICE CENTER; *et al.*                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of April, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE